UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00317

**Kaelin Criss,**
*Plaintiff,*

v.

**Acting Commissioner, Social Security Administration,**
*Defendant.*

# ORDER

Plaintiff Kaelin Criss filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of the commissioner's final decision that denied plaintiff's applications for disability benefits and supplemental security income. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 5.

On February 14, 2024, the magistrate judge issued a report recommending that the commissioner's decision be reversed and the matter be remanded for further administrative proceedings. Doc. 19. The parties did not object to the report and recommendation. When no party objects to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court reverses the commissioner's final administrative decision and remands the matter to the commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

*So ordered by the court on March 7, 2024.*

J. CAMPBELL BARKER
United States District Judge