UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00317

**Kaelin Criss,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

### ORDER

Plaintiff Kaelin Criss initiated this action seeking judicial review of the Commissioner's decision to deny social security benefits. Following a remand to the Commissioner for further proceedings, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. Doc. 25. The motion is referred to United States Magistrate Judge K. Nicole Mitchell. Doc. 26.

The magistrate judge issued a report recommending that the motion for fees be granted. Doc. 27. No party objected to the report and recommendation. When no party objects to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court grants the unopposed motion for attorney's fees. The commissioner shall pay fees incurred totaling $8,274.61, payable to plaintiff and mailed to plaintiff's counsel of record. The awarded fees do not include expenses.

*So ordered by the court on July 15, 2024.*

J. CAMPBELL BARKER
United States District Judge