UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00317

**Kaelin Criss,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

# ORDER

Plaintiff initiated this action seeking judicial review of the commissioner's decision to deny social security benefits. Doc. 1. After receiving a favorable decision on remand, counsel filed a motion to recover attorney's fees. Doc. 29. The magistrate judge issued a report recommending that the motion be granted and that movant be awarded the sum of $24,193.75, to be paid out of plaintiff's past-due benefits. Doc. 33 at 4. Neither party objected to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The court grants the motion for attorney's fees (Doc. 29). Movant Michael Kelly is awarded the sum of $24,193.75, to be paid by the commissioner out of plaintiff's past-due benefits. Upon receipt, movant shall remit to plaintiff the previously awarded EAJA fees in the amount of $8,274.61.

*So ordered by the court on January 8, 2026.*

J. CAMPBELL BARKER
United States District Judge